UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EUGENE GILSDORF** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | |
| | * | NO.: 2:19-cv-13523 |
| | * | |
| **CHET MORRSION CONTRACTORS,** | * | |
| **LLC and ABE'S BOAT RENTAL, INC.** | * | SECTION: "I" (4) |
| | * | |

\*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S WITNESS AND EXHIBIT LIST**

**NOW INTO COURT,** through undersigned counsel comes Plaintiff, **EUGENE GILSDORF,** who respectfully submits the following list of witnesses who may be called and exhibits that may be introduced at trial in accordance with this Court's Scheduling Order.

**WITNESS LIST**

1. Eugene Gilsdorf
   17213 Tiger Bend Road
   Baton Rouge, LA  70817

2. Delia Richardson
   17213 Tiger Bend Road
   Baton Rouge, LA  70817

3. Capt. Dovic Billiot
   335 L. Kirth Drive
   Houma, LA. 70363

4. Rodger Barber, Deckhand
   113 Omega Street, Apt A
   Belle Chasse, LA. 70037

5. Lon Kaizer, CMC
   128 Lotus Drive
   Houma, LA. 70360

- 1 -

6. Hank Ton, Corporate Representative of Abe's Boat Rentals Inc.
   1031 Lafayette Street
   Gretna, LA. 70053

7. Bo Ristic, Representative of CMC
   9 Bayou Dularge Road
   Houma, LA. 70363

8. John DeBlieux Representative of CMC
   9 Bayou Dularge Road
   Houma, LA. 70363

9. Thomas J. Meunier, Jr.
   3932 North Arnoult Road
   Metairie, LA. 70002-1566

10. G. Randolph Rice, Ph.D.
    7048 Moniteau Court
    Baton Rouge, LA. 70809

11. John W. Thompson, Jr.
    Tulane University
    School of Medicine
    Department of Psychiatry & Behavioral Sciences
    1440 Canal St.
    New Orleans, LA

12. Captain Dana Grubbs
    323 Allen Avenue
    Panama City, FL. 32401

13. Jennifer Marino
    Moreau Physical Therapy
    17301 Jefferson Hwy., Ste. 3
    Baton Rouge, LA. 70817

14. Any and all physicians and/or medical personnel who provided treatment to Eugene Gilsdorf in connection with injuries and/or illness allegedly sustained as a result of the subject incident, including, but not limited to, the following:

    a. Occupational Medicine Services
       144 Vahli Lagoon Crossing
       Houma, LA. 70360

- 3 -

    b.    All Industrial Medical Services
          855 Belanger Street, #108
          Houma, LA. 70360

    c.    Baton Rouge General Medical Center Radiology
          8585 Picardy Avenue
          Baton Rouge, LA. 70809

    d.    Dr. Julie Neumann
          Bone & Joint Clinic of Baton Rouge
          7301 Hennessy Blvd., Suite 200
          Baton Rouge, LA. 70808

    e.    Dr. Christopher Belleau
          Bone & Joint Clinic of Baton Rouge
          7301 Hennessy Blvd., Suite 200
          Baton Rouge, LA. 70808

    f.    Dr. Cody Fontenot
          The Baton Rouge Clinic
          7373 Perkins Road
          Baton Rouge, LA. 70808

    g.    Jennifer Marino
          Moreau Physical Therapy
          17301 Jefferson Hwy., Ste. 3
          Baton Rouge, LA. 70817

    h.    Logan Foley
          Professional Counseling Services of Baton Rouge, LLC
          4880 Bluebonnet Blvd., Suite B
          Baton Rouge, LA. 70809

15. Representatives and/or employees of any and all companies directly identified by any other party, disclosed in any documents, and/or produced by any party to this litigation;

16. Any other medical provider or healthcare professional who has examined and/or been involved with the treatment of plaintiff after the subject incident;

17. Any witness listed or called by any other party;

18. Any witness later identified through discovery;

19. Any witness needed to introduce demonstrative evidence;

20. Any witness needed to rebuttal or impeachment; and

21. Any witness needed to authenticate any document or evidence.

Plaintiff reserves his right to amend this Witness List as discovery is ongoing.

## EXHIBIT LIST

1. Copies of any and all state/federal income tax returns for Plaintiff;

2. Certified medical records for Eugene Gilsdorf from any of the providers identified above

    a. All Industrial Medical Services;
    b. Orthopedic Surgery Center;
    c. Occupational Medicine Services;
    d. Professional Counseling Services of Baton Rouge, LLC;
    e. Baton Rouge General Medical Center Radiology;
    f. Moreau Physical Therapy; and
    g. The Baton Rouge Clinic

3. CMC Incident Report & Statement Form completed by Dan Rademacher dated June 15, 2019;

4. CMC Incident Report & Statement Form completed by Lon Kaizer dated June 17, 2019;

5. August 12, 2004 Blanket Time Charter Agreement between CMC and Kim Susan, LLC;

6. CMC Purchase Order No. 416950;

7. Kim Susan, LLC Invoice No. 9425;

8. CMC Health Safety & Environmental Handbook;

9. Wage History of Plaintiff;

10. Plaintiff's CMC Personnel File;

11. Email correspondence dated June 14, 2019 regarding Boat Run to DSV Kelly Morrison and DSV Joanne Morrison;

12. Talisman Casualty Insurance Company Policy No. TCIC201902297;

13. Excess Insurance Policy for Abe's Boat Rentals;

14. Abe's Boat Rentals, Inc. Incident Investigation Report dated June 19, 2019;

15. Abe's Vessel Incident Report and Employee/Witness Statement Form;

16. Handwritten statement and incident depiction authorized by Plaintiff;

17. Vessel logs of M/V CAPT. JASON from May 29, 2019 to June 15, 2019;

18. M/V CAPT. JASON Daily Boat Logs from June 2, 2019 through June 14, 2019;

19. United States Coast Guard Certificate of Documentation for the M/V CAPT. JASON;

20. United States Coast Guard Certificate of Inspection for the M/V CAPT. JASON;

21. Photographs of the M/V CAPT. JASON;

22. CMC Vendor HSEQ questionnaire;

23. Abe's M/V CAPT. JASON Health, Safety, and Environmental Policies and Procedures;

24. Personnel file of Capt. Dovic Billiot;

25. Personnel file of Michael Sharpe;

26. Personnel file of Rodger Barber;

27. Deposition transcript of Eugene Gilsdorf and attached exhibits;

28. Deposition transcript of Hank Ton and attached exhibits;

29. Deposition transcript of Capt. Dovic Billiot and attached exhibits;

30. Abe's Answers to all Interrogatories, Requests for Admission, and Responses to Request for Production of Documents;

31. Any pleadings filed in connection with this matter and/or any related matters;

32. Any and all attachments to any depositions taken in connection with this lawsuit;

33. Any and all discovery requests and/or prepared in relations to this matter;

34. Any additional written statements prepared by any witness to the subject incident, identified through future discovery;

35. Any photos/videos identified and/or produced in future discovery;

36. Any deposition of any witness that is unavailable for trial;

37. Any pleading filed in the record;

38. Any exhibit attached to a deposition;

39. All certifications earned by Eugene Gilsdorf;

40. Educational records of Eugene Gilsdorf;

41. Images of the DSV JO ANN;

42. Testing relied upon by Thomas J. Meunier, Jr.;

43. Testing relied upon by John W. Thompson, Jr. with Tulane University, School of Medicine, Department of Psychiatry & Behavioral Sciences

44. Testing relied upon by Jennifer Marino with Moreau Physical Therapy;

45. Images and specifications of typical dive gear;

46. Images of typical commercial diving operations;

47. Maps of Gulf of Mexico;

48. How are spectral wave data derived from buoy motion measurements?

49. Station 42040 (LLNR 245) – LUKE OFFSHORE TEST PLATFORM – 63 NM South of Dauphin Island, AL;

50. Station 42001 (LLNR 1465) – MID GULF – 180 nm South of Southwest Pass, LA;

51. Station 42020 (LLNR 1405) – CORPUS CHRISTI, TX – 60 NM SSE of Corpus Christi, TX

52. Station DPIA1 – Dauphin Island, AL;

53. Station BURL1 – Southwest Pass, LA;

54. Station GDIL1 – Grand Isle, LA;

55. Louisiana/Mississippi Coastal Region Marine Data Locations;

56. Weather forecast for June 15, 2019 along the coastal area of Fourchon, LA. Moon Phases;

57. Specifications of the vessel Capt. Jason;

58. Louisiana/Mississippi Coastal Region Recent Marine Data;

59. Weather forecast for Fourchon, LA and coastal area June 15, 2019.

Plaintiff reserves his right to amend this Exhibit List as discovery is ongoing.

        Respectfully submitted,

        DELISE & HALL

        */s/Bobby J. Delise*
        BOBBY J. DELISE (#4847)
        JEANNETTE M. DELISE (#38187)
        BOBBY J. DELISE (#4847)
        5190 Canal Blvd., Suite 103
        New Orleans, LA 70124-1710
        Telephone: (504)836-8000
        Tax: (504)836-8020
        bdelise@dahlaw.com
        jdeliselaw@gmail.com

        ALTON J. HALL, JR. (#20846)
        528 W. 21st Avenue
        Covington, LA 70433
        Telephone: (985) 249-5915
        Fax: (985) 809-5787

        **Attorneys for Complainant**
        **EUGENE GILSDORF**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record by e-mail and/or by placing a copy in the United States Mail, postage prepaid and properly addressed this 3rd day of May, 2021.

        */s/Bobby J. Delise*
        **BOBBY J. DELISE**